```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  CARO MARKS, Bar #159267
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ROBERT SHERRICK
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   NO. CR-S-05-304-FCD
                                 )
12              Plaintiff,       )
                                 )   STIPULATION AND ORDER
13       v.                      )   CONTINUING SUBMISSION OF BAIL
                                 )   PAPERWORK
14  ROBERT SHERRICK,             )
                                 )
15              Defendant.       )   Date:  August 26, 2005
                                 )   Time:  2:00 p.m.
16  _____)   Judge: Kimberly J. Mueller
```

ROBERT SHERRICK, by and through his counsel, Caro Marks, Assistant Federal Defender, and the United States Government, by and through its counsel, Laura Ferris, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled deadline for submission of bail paperwork (August 12, 2005) and re-set the deadline for submission of bail paperwork to August 26, 2005 at 2:00 p.m..

This continuance is needed to because Mr. Sherrick's mother was admitted to the coronary intensive care unit on Sunday, July 31, 2005 with a pulmonary embolism. Mr. Sherrick requires the participation of his mother to post his bail, since she is the owner of the property

securing the bail.  Mr. Sherrick cannot obtain the information necessary to begin the bail paperwork until after the his mother is released from the hospital.

Defense counsel has contacted AUSA Laura Ferris and she does not object to this continuance.

Respectfully submitted,

QUIN DENVIR
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
ROBERT SHERRICK

Dated: August 4, 2005

MCGREGOR SCOTT
United States Attorney

/s/ Laura Ferris
_____
LAURA FERRIS
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:  August 4, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

Stip and order\Robert Sherrick (Cr-S-05-304 FCD)

2