```
DANIEL BRODERICK, Bar #89424
Acting Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROBERT SHERRICK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-05-304-FCD |
| | ) | NO. CR-S-05-305 FCD |
| Plaintiff, | ) | |
| | ) | **AMENDED** |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| ROBERT SHERRICK, and | ) | |
| BRUCE SHERRICK, | ) | Date: May 8, 2006 |
| | ) | Time: 9:30 a.m. |
| | ) | Judge: Frank C. Damrell Jr. |
| Defendant. | ) | |

_____

ROBERT SHERRICK, by and through his counsel, Caro Marks, Assistant Federal Defender, BRUCE SHERRICK, by and through his counsel, Michael Aye, and the United States Government, by and through its counsel, Laura Ferris, Assistant United States Attorney, hereby stipulate and agree to vacate the previously scheduled Status Conference Date of April 10, 2006 and re-set the status conference date to May 8, 2006 at 9:30 a.m.

Defense counsel has provided a hard drive to the government for a copy of the computer images in this case.  Assistant U.S. Attorney Laura Ferris is currently in trial has needs additional time to have the hard drive copied.  Once the copy is returned to defense counsels

1  they will need to review it together and with their clients.

2  It is further stipulated and agreed between the parties that the
3  period beginning April 10, 2006 to May 8, 2006, should be excluded in
4  computing the time within which the trial of the above criminal
5  prosecution must commence for purposes of the Speedy Trial Act for
6  defense preparation. All parties stipulate and agree that this is an
7  appropriate exclusion of time within the meaning of Title 18, United
8  States Code, Section 3161(h)(8)(iv) (Local Code T4).

Respectfully submitted,

DANIEL BRODERICK
Acting Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Assistant Federal Defender
Attorney for Defendant
ROBERT SHERRICK

/s/ Michael Aye
Attorney at Law
Attorney for Defendant
BRUCE SHERRICK

Dated: April 7, 2006

MCGREGOR SCOTT
United States Attorney

/s/ Laura Ferris
_____
LAURA FERRIS
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: April 7, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
U.S. District Judge

2