1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   ROBERT SHERRICK
6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA,      )  NO. CR-S-05-304-FCD
10                                 )
                    Plaintiff,     )
11                                 )
       v.                          )  STIPULATION AND ORDER
12                                 )
   ROBERT SHERRICK,                )
13                                 )  Date:  July 24, 2006
                                   )  Time:  9:30 a.m.
14                  Defendant.     )  Judge: Frank C. Dammrell
                                   )
15  _____

16

17       ROBERT SHERRICK, by and through his counsel, Caro Marks, Assistant

18  Federal Defender, and the United States Government, by and through its

19  counsel, Laura Ferris, Assistant United States Attorney, hereby

20  stipulate and agree to vacate the previously scheduled Status

21  Conference Date of June 19, 2006 and re-set the Status

22  Conference/Change of Plea date to July 24, 2006 at 9:30 a.m.

23       The parties have reached a plea agreement, which has been reduced

24  to writing.  Defense counsel needs an additional week to meet with the

25  defendant to review the plea agreement with him.

26       It is further stipulated and agreed between the parties that the

27  period beginning June 19, 2006 to July 24, 2006, should be excluded in

28  computing the time within which the trial of the above criminal

1  prosecution must commence for purposes of the Speedy Trial Act for

2  defense preparation.  All parties stipulate and agree that this is an

3  appropriate exclusion of time within the meaning of Title 18, United

4  States Code, Section 3161(h)(8)(iv) (Local Code T4).

5                                          Respectfully submitted,

6                                          DANIEL BRODERICK
                                           Federal Defender
7
                                           /s/ Caro Marks
8  Date: June 15, 2006                     _____
                                           CARO MARKS
9                                          Assistant Federal Defender
                                           Attorney for Defendant
10                                         ROBERT SHERRICK

11
   Dated: June 15, 2006                    MCGREGOR SCOTT
12                                         United States Attorney

13
                                           /s/ Laura Ferris
14                                         _____
                                           LAURA FERRIS
15                                         Assistant U.S. Attorney

16
                            **ORDER**
17
   **IT IS SO ORDERED**.
18
   Dated: June 15, 2006
19
                                           /s/ Frank C. Damrell Jr.
20                                         FRANK C. DAMRELL JR.
                                           U.S. District Judge
21

22  Stip and order\Robert Sherrick (Cr-S-05-304 FCD)

23

24

25

26

27

28

                                       2