1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  CARO MARKS, Bar #159267
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
ROBERT SHERRICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr-S-05-0304 FCD |
|---|---|
| Plaintiff, | ) |
| v. | ) REQUEST FOR ORDER AND ORDER<br>) EXONERATING BOND |
| ROBERT SHERRICK, | ) |
| Defendant. | ) Judge: Frank C. Damrell Jr. |

On or about October 17, 2005, a receipt for a Deed of Trust in the amount of $25,000.00 was placed in the court vault on behalf of Robert Sherrick, Cr-S-05-304 FCD (receipt number 204 9882)

On October 30, 2006 Mr. Sherrick was sentenced to 63 months in the Bureau of Prison and remanded into custody on that date.

///

///

///

1    It is hereby requested that $25,000 bond be exonerated in the
2 above-captioned case and that the Clerk of the District Court be
3 directed to reconvey the property to Ms. Helen Sherrick, 4112 Fort Peck
4 Street, Shasta Lake, CA 96019.

Dated:   December 4, 2006

                                 Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /s/ Caro Marks
                                 CARO MARKS
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 ROBERT SHERRICK

**O R D E R**

IT IS HEREBY ORDERED that the bail bond in the amount of $25,000 secured by Ms. Helen Sherrick is hereby exonerated.

Dated: December 7, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE